

# NUMBER 13-18-00057-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ROQUE EMILIO BADILLO,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

### On appeal from the 197th District Court
### of Willacy County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion by Justice Longoria

Appellant, Roque Emilio Badillo, filed an appeal from a denial of a writ of habeas corpus. On March 9, 2018, appellant's counsel filed a motion to dismiss the appeal on the basis that counsel has made attempts to locate appellant with no avail and believes appellant has been deported.

On March 23, 2018, this Court abated the appeal and ordered the trial court to determine whether appellant can be located and whether appellant has abandoned his appeal. Based on the trial court hearing, the trial court judge found that appellant's exact whereabouts are unknown, appellant entered into a plea agreement with the State of Texas and has no right to appeal, and appellant has abandoned his appeal.

Based upon the recommendations of the trial court that appellant has abandoned his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. Accordingly, counsel's motion is GRANTED and the appeal is DISMISSED.

NORA L. LONGORIA
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
19th day of April, 2018.